IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | | |
|---|---|---|
| **STEPHANIE DENISE DAVIS** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** |
| | § | **3:21-CV-00068-JMV** |
| | § | |
| **KILOLO KIJAKAZI,** | § | |
| **ACTING COMMISSIONER OF** | § | |
| **SOCIAL SECURITY** | § | **DEFENDANT** |

## ORDER

On this date came for consideration Plaintiff's Motion to Dismiss Appeal [28], and the Court being advised in the premises is of the opinion that said Motion should be granted. It is, therefore

ORDERED that the appeal is DISMISSED and this case is hereby CLOSED.

SO ORDERED, this 2nd day of May, 2022.

/s/ Jane M. Virden
HONORABLE JANE M. VIRDEN
UNITED STATES MAGISTRATE JUDGE